IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **KEITH SMITH,** | ) |
| *Plaintiff* | ) No. 1:20-cv-01720-JMS-MJD |
| *v.* | ) Judge Jane E. Magnus-Stinson |
| **AETNA LIFE INSURANCE COMPANY** | ) Magistrate Judge Mark J. Dinsmore |
| *Defendant* | ) |

## STIPULATION OF DISMISSAL

All matters in controversy in the above captioned cause of action having been fully compromised, agreed, and settled pursuant to the terms of a written settlement agreement, plaintiff, Keith Smith ("Plaintiff"), and defendant, Aetna Life Insurance Company ("Aetna"), hereby stipulate and agree to the dismissal of Plaintiff's Amended Complaint and the above captioned lawsuit, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

By: /s/ Ashley D. Marks (with consent)
Attorney for Plaintiff,
Keith Smith

Ashley D. Marks
Charles D. Hankey Law Office, PC
434 E. New York Street
Indianapolis, Indiana 46202
P: 317-634-8565
adm@hankeylaw.com

By: /s/ Warren von Schleicher
Attorney for Defendant,
Aetna Life Insurance Company

Warren von Schleicher (IL 6197189)
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle Street, Suite 3130
Chicago, Illinois 60601
P: 312-541-0300
warren.vonschleicher@svs-law.com

SO ORDERED:

Date: 1/20/2021

*/s/ Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system